# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: § <br> § <br> NECO WIND, LLC, §     Case No. 14-41668 <br> § <br>            Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDALL L. SEAVER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,557,187.25 <br> *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 210,193.52 | Claims Discharged <br> Without Payment: 146,021.48 |
| Total Expenses of Administration: 43,743.35 | |

3) Total gross receipts of $ 253,936.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 253,936.87 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 25,017.30 | $ 24,816.24 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,490.96 | 44,490.96 | 43,743.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 12,475.00 | 24,950.00 | 12,475.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 192,855.22 | 887,264.79 | 342,560.00 | 197,718.52 |
| **TOTAL DISBURSEMENTS** | $ 192,855.22 | $ 969,248.05 | $ 436,817.20 | $ 253,936.87 |

4) This case was originally filed under chapter 7 on 04/18/2014 . The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2019        By:/s/RANDALL L. SEAVER
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| WELLS FARGO CHECKING ACCOUNT -5697 | 1129-000 | 68.66 |
| FIRST PIONEER NATIONAL BANK ACCOUNT | 1229-000 | 344.71 |
| SETTLEMENT FOR CURE COSTS | 1229-000 | 192,855.22 |
| WIND PROJECT | 1249-000 | 60,668.28 |
| **TOTAL GROSS RECEIPTS** | | **$253,936.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | STAROHIO WIND HOLDINGS LLC | 4210-000 | NA | 201.06 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | WESTWOOD PROFESSIONAL SERVICES | 4210-000 | NA | 17,387.49 | 17,387.49 | 0.00 |
| 000023 | FREDRIKSON & BYRON | 4220-000 | NA | 7,428.75 | 7,428.75 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 25,017.30 | $ 24,816.24 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDALL L. SEAVER, TRUSTEE | 2100-000 | NA | 15,946.84 | 15,946.84 | 15,946.84 |
| TRUSTEE EXPENSES:RANDALL L. SEAVER, TRUSTEE | 2200-000 | NA | 1,536.78 | 1,536.78 | 1,536.78 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 24.31 | 24.31 | 24.31 |
| ASSOCIATED BANK | 2600-000 | NA | 280.57 | 280.57 | 280.57 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):FULLER, SEAVER, SWANSON & KELSCH, | 3110-000 | NA | 388.00 | 388.00 | 388.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):FULLER, SEAVER, SWANSON & KELSCH, | 3120-000 | NA | 3.00 | 3.00 | 3.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):FREDRIKSON & BYRON, PA | 3210-000 | NA | 7,428.75 | 7,428.75 | 7,428.75 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PIEHL, HANSON, BECKMAN PA | 3410-000 | NA | 747.61 | 747.61 | 0.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PIEHL, HANSON, BECKMAN, PA | 3410-000 | NA | 747.61 | 747.61 | 747.61 |
| WESTWOOD PROFESSIONAL SERVICES | 3991-000 | NA | 17,387.49 | 17,387.49 | 17,387.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,490.96 | $ 44,490.96 | $ 43,743.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MILLENNIUM RESOURCE STRATEGIES LTD | 5400-000 | NA | 0.00 | 12,475.00 | 12,475.00 |
| 000010A | MILLENNIUM RESOURCE STRATEGIES LTD | 5400-000 | NA | 12,475.00 | 12,475.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 12,475.00 | $ 24,950.00 | $ 12,475.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | ALLEN EINSPAHR AND AMY EINSPHAR | 7100-000 | NA | 50,000.00 | 0.00 | 0.00 |
| | ANDERSON WHEAT FARMS, INC | 7100-000 | 39,180.00 | 39,180.00 | 39,180.00 | 39,180.00 |
| | BRUCE ROSENBACH | 7100-000 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| | C CHARLES DVORAK | 7100-000 | 505.00 | 505.00 | 505.00 | 505.00 |
| | CLAUDE J GODDARD | 7100-000 | 800.00 | 800.00 | 800.00 | 800.00 |
| | CORA J WHEELER | 7100-000 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| | DAN L ANDERSON | 7100-000 | 800.00 | 800.00 | 800.00 | 800.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DELOIS KAY BLOCKWITZ & LYLE E BLOCK | 7100-000 | NA | 30,628.98 | 0.00 | 0.00 |
| 000017 | FREDRIKSON & BYRON, PA | 7100-000 | NA | 2,476.25 | 2,476.25 | 97.20 |
| | GARY D FUESZ | 7100-000 | 1,704.20 | 1,704.20 | 1,704.20 | 1,704.20 |
| | GARY W KOCH | 7100-000 | 5,735.00 | 5,735.00 | 5,735.00 | 5,735.00 |
| | GAYLORD A GODDARD | 7100-000 | 11,230.00 | 11,230.00 | 11,230.00 | 11,230.00 |
| | GORDON R BURTON | 7100-000 | 493.34 | 493.34 | 493.34 | 493.34 |
| 000012 | GREEN PRAIRIE ENERGY LLC | 7100-000 | NA | 90,000.00 | 0.00 | 0.00 |
| | HAROLD E MCCONNELL | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | HOWARD GIBBS | 7100-000 | 430.00 | 430.00 | 430.00 | 430.00 |
| | JAMES LOREN BARNES DYNASTY TRUST | 7100-000 | 3,765.00 | 3,765.00 | 3,765.00 | 3,765.00 |
| | JARED KURTZER | 7100-000 | 5,781.00 | 5,781.00 | 5,781.00 | 5,781.00 |
| | JOHN RICHARD KURTZER | 7100-000 | 5,781.00 | 5,781.00 | 5,781.00 | 5,781.00 |
| | KENNETH L MADSEN | 7100-000 | 6,290.00 | 6,290.00 | 6,290.00 | 6,290.00 |
| 000018 | KRISTIN SKOOG | 7100-000 | NA | 12,000.00 | 0.00 | 0.00 |
| | LARRY D MCCONNELL | 7100-000 | 3,100.00 | 3,100.00 | 3,100.00 | 3,100.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LEONA I BEFORT | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | LINDA L DYE | 7100-000 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| 000002 | M & T LLC | 7100-000 | NA | 50,375.00 | 0.00 | 0.00 |
| | MARGO SAUDER | 7100-000 | 6,197.50 | 6,197.50 | 6,197.50 | 6,197.50 |
| 000004 | MATTHIAS WEIGEL | 7100-000 | NA | 6,000.00 | 0.00 | 0.00 |
| 000005 | MCCLUNG FARMS INC | 7100-000 | NA | 25,000.00 | 0.00 | 0.00 |
| | MERL D KOCH | 7100-000 | 5,539.50 | 5,539.50 | 5,539.50 | 5,539.50 |
| 000010B | MILLENNIUM RESOURCE | 7100-000 | NA | 40,525.00 | 40,525.00 | 1,590.66 |
| 000011 | MILLENNIUM RESOURCE STRATEGIES LTD | 7100-000 | NA | 29,505.10 | 29,505.10 | 1,158.11 |
| 000013 | MILLENNIUM RESOURCE STRATEGIES LTD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | MURIEL BROWN CHANEY | 7100-000 | 3,200.00 | 3,200.00 | 3,200.00 | 3,200.00 |
| | NEAL R WERNSMAN | 7100-000 | 11,160.00 | 11,160.00 | 11,160.00 | 11,160.00 |
| | ORPHA I PETERSON | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | RALPH E PETERSON TRUST B | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | REON L CHANEY | 7100-000 | 1,570.00 | 1,570.00 | 1,570.00 | 1,570.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | REON L CHANEY TRUST | 7100-000 | 1,570.00 | 1,570.00 | 1,570.00 | 1,570.00 |
| | REON R BURTON | 7100-000 | 12,494.34 | 12,494.34 | 12,494.34 | 12,494.34 |
| | RICK ENSMINGER | 7100-000 | 17,745.20 | 17,745.20 | 17,745.20 | 17,745.20 |
| 000007 | ROBERT J. BROWN AND CONNIE L. BROWN | 7100-000 | NA | 29,520.81 | 0.00 | 0.00 |
| | ROGER A BURTON | 7100-000 | 493.34 | 493.34 | 493.34 | 493.34 |
| | ROGER ALAN BARNES DYNASTY TRUST | 7100-000 | 3,765.00 | 3,765.00 | 3,765.00 | 3,765.00 |
| 000008 | RUSTIN TRIPLETTE | 7100-000 | NA | 10,000.00 | 0.00 | 0.00 |
| | RYAN J KURTZER | 7100-000 | 5,781.00 | 5,781.00 | 5,781.00 | 5,781.00 |
| | SARAH ANN GODDARD | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | SHIRLEY BARNES | 7100-000 | NA | 0.00 | 11,295.00 | 11,295.00 |
| | SHIRLEY L BARNE | 7100-000 | 11,295.00 | 11,295.00 | 11,295.00 | 0.00 |
| 000009 | TIMBER CANYON ENERGY CONSULTING, LL | 7100-000 | NA | 255,398.54 | 45,398.54 | 1,781.95 |
| 000019 | TRISHE WIND ENERGY HOLDINGS, INC. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | VERNON J BEFORT | 7100-000 | 3,684.80 | 3,684.80 | 3,684.80 | 3,684.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VIRGINIA K PAGE FKA VIRGINIA K HITE | 7100-000 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| 000014 | VIVEK MITTAL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000020A | VIVEK MITTAL | 7100-000 | NA | 12,475.00 | 0.00 | 0.00 |
| 000016 | WESTWOOD PROFESSIONAL SERVICES | 7100-000 | NA | 5,795.83 | 5,795.83 | 227.49 |
| 000006 | WILL COOKSEY | 7100-000 | NA | 30,000.00 | 0.00 | 0.00 |
| | WILLIAM RICHARD BARNES DYNASTY TRUS | 7100-000 | 3,765.00 | 3,765.00 | 3,765.00 | 3,765.00 |
| 000022 | STAROHIO WIND HOLDINGS LLC | 7100-001 | NA | 201.06 | 201.06 | 7.89 |
| 000021 | KAIA PELSTRING | 7200-000 | NA | 14,508.00 | 14,508.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 192,855.22 | $ 887,264.79 | $ 342,560.00 | $ 197,718.52 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-41668 | Judge: KATHLEEN H SANBERG | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | NECO WIND, LLC, | | Date Filed (f) or Converted (c): | 04/18/14 (f) |
| | | | 341(a) Meeting Date: | 05/19/14 |
| For Period Ending: | 06/27/19 | | Claims Bar Date: | 09/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FIRST PIONEER NATIONAL BANK ACCOUNT | 344.71 | 344.71 | | 344.71 | FA |
| 2. REAL PROPERTY IN PHILLIPS COUNTY    PART OF SALE | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 4. WELLS FARGO CHECKING ACCOUNT -5697 | 68.66 | 68.66 | | 68.66 | FA |
| 5. FUNDS ON DEPOSIT W/ WAPA    PART OF SALE | 43,474.00 | 0.00 | | 0.00 | FA |
| 6. FUNDS ON DEPOSIT W/ HIGHLINE ELECTRIC    PART OF SALE | 5,852.38 | 0.00 | | 0.00 | FA |
| 7. CONDITIONAL USE PERMIT | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2 METROLOGICAL TOWERS | 0.00 | 0.00 | | 0.00 | FA |
| 9. DOE GRANT    PART OF SALE | 1,492,860.87 | 0.00 | | 0.00 | FA |
| 10. SETTLEMENT FOR CURE COSTS (u) | 0.00 | 192,855.22 | | 192,855.22 | FA |
| 11. WIND PROJECT (u)    TFR AFTER TAX RETURN | 0.00 | 60,668.28 | | 60,668.28 | FA |

TOTALS (Excluding Unknown Values)    $1,557,600.62    $253,936.87         $253,936.87    Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 09/30/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | NECO WIND, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0628 Checking Account |
| Taxpayer ID No: | 26-3154415 | | |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/14 | 1 | FIRST PIONEER NATIONAL BANK P O BOX 27 HOLYOKE, CO 80734 | BANK ACCOUNT | 1229-000 | 344.71 | | 344.71 |
| 05/07/14 | 4 | WELLS FARGO CASHIER'S CHECK | WELLS FARGO ACCOUNT | 1129-000 | 68.66 | | 413.37 |
| 07/22/14 | 10 | TRISHE RESOURCES INC | SETTLEMENT FOR CURE COSTS Bank Serial #: | 1229-000 | 20.00 | | 433.37 |
| 07/22/14 | 10 | TRISHE RESOURCES INC | SETTLEMENT FOR CURE COSTS Bank Serial #: | 1229-000 | 192,835.22 | | 193,268.59 |
| 07/23/14 | 100001 | Anderson Wheat Farms, Inc 11150 CR 91 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 25,680.00 | 167,588.59 |
| 07/23/14 | 100002 | Anderson Wheat Farms, Inc 1150 CR 91 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 13,500.00 | 154,088.59 |
| 07/23/14 | 100003 | Rick Ensminger PO Box 276 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 13,403.20 | 140,685.39 |
| 07/23/14 | 100004 | Reon R Burton 13490 CR 95 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 12,000.00 | 128,685.39 |
| 07/23/14 | 100005 | Gary W Koch 3047 CR 22 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 5,735.00 | 122,950.39 |
| * 07/23/14 | 100006 | Shirley L Barne 15015 NCR 25E Loveland, CO 80538 | CURE COSTS Cure Costs | 7100-004 | | 11,295.00 | 111,655.39 |
| * 07/23/14 | 100006 | Shirley L Barne 15015 NCR 25E Loveland, CO 80538 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -11,295.00 | 122,950.39 |
| 07/23/14 | 100007 | Gaylord A Goddard 422 N Washington Avenue Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 11,230.00 | 111,720.39 |
| 07/23/14 | 100008 | Neal R Wernsman 9621 CR 87 Fleming, CO 80728 | CURE COSTS Cure Costs | 7100-000 | | 11,160.00 | 100,560.39 |
| 07/23/14 | 100009 | Kenneth L Madsen PO Box 359 Hudson, CO 80642 | CURE COSTS Cure Costs | 7100-000 | | 6,290.00 | 94,270.39 |
| 07/23/14 | 100010 | Margo Sauder 209 S Miller Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 6,197.50 | 88,072.89 |
| 07/23/14 | 100011 | John Richard Kurtzer 24463 CR 11 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 5,781.00 | 82,291.89 |
| 07/23/14 | 100012 | Jared Kurtzer 10661 CR 11 Haxtun, CO 80731 | CURE COSTS Cure Costs | 7100-000 | | 5,781.00 | 76,510.89 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | NECO WIND, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0628  Checking Account |
| Taxpayer ID No: | 26-3154415 | | |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/14 | 100013 | Ryan J Kurtzer<br>14804 CR 9<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 5,781.00 | 70,729.89 |
| 07/23/14 | 100014 | Merl D Koch<br>28201 Hwy 59<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 2,800.00 | 67,929.89 |
| 07/23/14 | 100015 | Merl D Koch<br>28201 Hwy 59<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 2,739.50 | 65,190.39 |
| 07/23/14 | 100016 | Rick Ensminger<br>PO Box 276<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 4,342.00 | 60,848.39 |
| * 07/23/14 | 100017 | William Richard Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | CURE COSTS<br>Cure Costs | 7100-004 | | 3,765.00 | 57,083.39 |
| * 07/23/14 | 100017 | William Richard Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,765.00 | 60,848.39 |
| * 07/23/14 | 100018 | James Loren Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | CURE COSTS<br>Cure Costs | 7100-004 | | 3,765.00 | 57,083.39 |
| * 07/23/14 | 100018 | James Loren Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,765.00 | 60,848.39 |
| * 07/23/14 | 100019 | Roger Alan Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | CURE COSTS<br>Cure Costs | 7100-004 | | 3,765.00 | 57,083.39 |
| * 07/23/14 | 100019 | Roger Alan Barnes Dynasty Trust<br>c/o Paul Kenny<br>19 Old Town Square, Suite 238<br>Fort Collins, CO 80524 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,765.00 | 60,848.39 |
| 07/23/14 | 100020 | Vernon J Befort<br>3452 S Black Hawk Way<br>Aurora, CO 80014 | CURE COSTS<br>Cure Costs | 7100-000 | | 3,684.80 | 57,163.59 |
| 07/23/14 | 100021 | Linda L Dye<br>712 Jefferson St<br>Covington, IN 47932 | CURE COSTS<br>Cure Costs | 7100-000 | | 3,200.00 | 53,963.59 |
| 07/23/14 | 100022 | Cora J Wheeler<br>PO Box 85<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 3,200.00 | 50,763.59 |
| 07/23/14 | 100023 | Muriel Brown Chaney<br>3813 County Road 32<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 3,200.00 | 47,563.59 |
| 07/23/14 | 100024 | Larry D McConnell | CURE COSTS | 7100-000 | | 3,100.00 | 44,463.59 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- |
| Case Name: | NECO WIND, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0628  Checking Account |
| Taxpayer ID No: | 26-3154415 | | |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/14 | 100025 | 130 North Logan Ave<br>Haxtun, CO 80731<br>Bruce Rosenbach<br>29502 Co Rd 20<br>Holyoke, CO 80734 | Cure Costs<br>CURE COSTS<br>Cure Costs | 7100-000 | | 3,000.00 | 41,463.59 |
| 07/23/14 | 100026 | Gary D Fuesz<br>22147 Hwy 59<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,704.20 | 39,759.39 |
| 07/23/14 | 100027 | Harold E McConnell<br>241 E Chase Street<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,600.00 | 38,159.39 |
| 07/23/14 | 100028 | Orpha I Peterson<br>130 North Logan Ave<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,600.00 | 36,559.39 |
| 07/23/14 | 100029 | Ralph E Peterson Trust B<br>130 North Logan Ave<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,600.00 | 34,959.39 |
| 07/23/14 | 100030 | Sarah Ann Goddard<br>422 N Washington Avenue<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,600.00 | 33,359.39 |
| 07/23/14 | 100031 | Virginia K Page fka Virginia K Hite<br>17934 County Road 30<br>Sterling, CO 80751 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,600.00 | 31,759.39 |
| 07/23/14 | 100032 | Reon L Chaney<br>3813 County Road 32<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,570.00 | 30,189.39 |
| 07/23/14 | 100033 | Reon L Chaney Trust<br>3813 County Road 32<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 1,570.00 | 28,619.39 |
| 07/23/14 | 100034 | Cora J Wheeler<br>PO Box 85<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 800.00 | 27,819.39 |
| 07/23/14 | 100035 | Linda L Dye<br>712 Jefferson St<br>Covington, IN 47932 | CURE COSTS<br>Cure Costs | 7100-000 | | 800.00 | 27,019.39 |
| 07/23/14 | 100036 | Dan L Anderson<br>11639 C R 91<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 800.00 | 26,219.39 |
| 07/23/14 | 100037 | Claude J Goddard<br>47895 CR 34<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 800.00 | 25,419.39 |
| 07/23/14 | 100038 | C Charles Dvorak<br>26397 Hwy 59<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 505.00 | 24,914.39 |
| 07/23/14 | 100039 | Gordon R Burton<br>405 W Iliff St<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 | | 493.34 | 24,421.05 |
| 07/23/14 | 100040 | Roger A Burton | CURE COSTS | 7100-000 | | 493.34 | 23,927.71 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | NECO WIND, LLC, | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0628  Checking Account |
| Taxpayer ID No: | 26-3154415 |  |  |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/23/14 | 100041 | Reon R Burton<br>43923 CR 34<br>Fleming, CO 80728 | CURE COSTS<br>Cure Costs | 7100-000 |  | 494.34 | 23,433.37 |
| 07/23/14 | 100042 | Howard Gibbs<br>13490 CR 95<br>Haxtun, CO 80731 | CURE COSTS<br>Cure Costs | 7100-000 |  | 430.00 | 23,003.37 |
|  |  | 20019 Hwy 59<br>Haxtun, CO 80731 |  |  |  |  |  |
| 11/10/14 |  | ASSOCIATED BANK | WIRE TRANSFER FEE | 2600-000 |  | 21.00 | 22,982.37 |
| 11/25/14 | 100043 | SHIRLEY BARNES<br>4750 PLEASANT OAK DR, UNIT 303<br>FORT COLLINS, CO 80525 | CURE COSTS<br>REISSUE CHECK WITH UPDATED ADDRESS | 7100-000 |  | 11,295.00 | 11,687.37 |
| 12/30/14 | 100044 | William Richard Barnes Dynasty Trust<br>c/o Paul Kenny<br>1506 W OAK STREET<br>FT COLLINS, CO 80521 | CURE COSTS<br>Cure Costs<br>REISSUE CHECK WITH NEW ADDRESS | 7100-000 |  | 3,765.00 | 7,922.37 |
| 12/30/14 | 100045 | James Loren Barnes Dynasty Trust<br>c/o Paul Kenny<br>1506 W OAK STREET<br>FT COLLINS, CO 80521 | CURE COSTS<br>Cure Costs | 7100-000 |  | 3,765.00 | 4,157.37 |
| 12/30/14 | 100046 | Roger Alan Barnes Dynasty Trust<br>c/o Paul Kenny<br>1506 W OAK STREET<br>FT COLLINS, CO 80521 | CURE COSTS<br>Cure Costs | 7100-000 |  | 3,765.00 | 392.37 |
| 05/27/15 | 100047 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND FEE<br>BOND # 016018055 | 2300-000 |  | 0.22 | 392.15 |
| 06/01/16 | 100048 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 |  | 0.18 | 391.97 |
| 09/15/16 | 11 | NATIONAL WIND, LLC BKY ESTATE #14-41666 | WIND PROJECT SALE ALLOCATION | 1249-000 | 60,668.28 |  | 61,060.25 |
| 02/15/17 | 100049 | WESTWOOD PROFESSIONAL SERVICES | ENGINEERING/SURVEYING | 3991-000 |  | 17,387.49 | 43,672.76 |
| 02/15/17 | 100050 | FREDRIKSON & BYRON, PA<br>200 SOUTH SIXTH STREET<br>SUITE 400<br>MINNEAPOLIS, MN 55402-1425 | INTERIM ATTORNEY FEES | 3210-000 |  | 7,428.75 | 36,244.01 |
| 05/30/17 | 100051 | INTERNATIONAL SURETIES, LTD<br>SUITE 420, 701 POYDRAS ST<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND #016018055 | 2300-000 |  | 11.27 | 36,232.74 |
| 10/04/17 | 100052 | PIEHL, HANSON, BECKMAN, PA | ACCOUNTANT FEES<br>PER COURT ORDER | 3410-000 |  | 747.61 | 35,485.13 |
| 04/06/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.74 | 35,432.39 |
| 05/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 50.98 | 35,381.41 |
| 06/02/18 | 100053 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST, SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND #016018054 | 2300-000 |  | 12.64 | 35,368.77 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | NECO WIND, LLC, | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0628 Checking Account |
| Taxpayer ID No: | 26-3154415 |  |  |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.60 | 35,316.17 |
| 07/09/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 50.82 | 35,265.35 |
| 08/07/18 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 52.43 | 35,212.92 |
| 11/18/18 | 100054 | RANDALL L. SEAVER, TRUSTEE<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Chapter 7 Compensation/Fees | 2100-000 |  | 15,946.84 | 19,266.08 |
| 11/18/18 | 100055 | RANDALL L. SEAVER, TRUSTEE<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Chapter 7 Expenses | 2200-000 |  | 1,536.78 | 17,729.30 |
| 11/18/18 | 100056 | FULLER, SEAVER, SWANSON & KELSCH, P.A.<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Claim 000026, Payment 100.00000% | 3110-000 |  | 388.00 | 17,341.30 |
| 11/18/18 | 100057 | FULLER, SEAVER, SWANSON & KELSCH, P.A.<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE, MN  55337 | Claim 000027, Payment 100.00000% | 3120-000 |  | 3.00 | 17,338.30 |
| * 11/18/18 | 100058 | MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010A, Payment 100.00000% | 5400-003 |  | 12,475.00 | 4,863.30 |
| 11/18/18 | 100059 | TIMBER CANYON ENERGY CONSULTING, LLC<br>TODD HEGWER<br>2145 BEECHNUT PLACE<br>CASTLE ROCK CO 80108 | Claim 000009, Payment 3.92513% | 7100-000 |  | 1,781.95 | 3,081.35 |
| * 11/18/18 | 100060 | MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010B, Payment 3.92513% | 7100-003 |  | 1,590.66 | 1,490.69 |
| * 11/18/18 | 100061 | MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000011, Payment 3.92512% | 7100-003 |  | 1,158.11 | 332.58 |
| 11/18/18 | 100062 | WESTWOOD PROFESSIONAL SERVICES<br>7699 ANAGRAM DRIVE<br>EDEN PRAIRIE MN 55344 | Claim 000016, Payment 3.92506%<br>(16-1) PROFESSIONAL SERVICES | 7100-000 |  | 227.49 | 105.09 |
| 11/18/18 | 100063 | FREDRIKSON & BYRON, PA<br>200 S 6TH ST, STE 4000<br>MINNEAPOLIS MN 55402 | Claim 000017, Payment 3.92529% | 7100-000 |  | 97.20 | 7.89 |
| * 11/18/18 | 100064 | STAROHIO WIND HOLDINGS LLC | Claim 000022, Payment 3.92420% | 7100-003 |  | 7.89 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 14-41668 | | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | NECO WIND, LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0628  Checking Account |
| Taxpayer ID No: | 26-3154415 | | | |
| For Period Ending: | 06/27/19 | | Blanket Bond (per case limit): | $ 48,378,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/19/18 | 100058 | BOJAN GUZINA ESQ<br>SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603<br>MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010A, Payment 100.00000%<br>ISSUED TO WRONG PAYEE | 5400-003 | | -12,475.00 | 12,475.00 |
| 11/19/18 | 100065 | VIVEK MITTAL<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010A, Payment 100.00000% | 5400-000 | | 12,475.00 | 0.00 |
| * 12/13/18 | 100060 | MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010B, Payment 3.92513%<br>DIFFERENT PAYEE | 7100-003 | | -1,590.66 | 1,590.66 |
| * 12/13/18 | 100061 | MILLENNIUM RESOURCE STRATEGIES LTD<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000011, Payment 3.92512%<br>DIFFERENT PAYEE | 7100-003 | | -1,158.11 | 2,748.77 |
| 12/13/18 | 100066 | VIVEK MITTAL<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000010B, Payment 3.92513% | 7100-000 | | 1,590.66 | 1,158.11 |
| 12/13/18 | 100067 | VIVEK MITTAL<br>47 BRADLEY<br>GARDENS, LONDON W13 8HE<br>UNITED KINGDOM | Claim 000011, Payment 3.92512% | 7100-000 | | 1,158.11 | 0.00 |
| * 03/06/19 | 100064 | STAROHIO WIND HOLDINGS LLC<br>BOJAN GUZINA ESQ<br>SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO IL 60603 | Claim 000022, Payment 3.92420%<br>UNCLAIMED DIVIDENDS | 7100-003 | | -7.89 | 7.89 |
| 03/06/19 | 100068 | OFFICE OF THE CLERK<br>U.S BANKRUPTCY COURT<br>301 U.S. COURTHOUSE<br>300 SOUTH 4TH STREET<br>MINNEAPOLIS, MN  55415 | Claim 000022, Payment 3.92420%<br>UNCLAIMED DIVIDENDS | 7100-001 | | 7.89 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

| Case No: | 14-41668 | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | NECO WIND, LLC, | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0245 Checking Account |
| Taxpayer ID No: | 26-3154415 | | |
| For Period Ending: | 06/27/19 | Blanket Bond (per case limit): | $ 48,378,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

**Total Of All Accounts    0.00**